UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:12-CR-90-1-TAV-HBG |
| JOYCE E. ALLEN, | ) ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is a request to change one of the named beneficiaries of the court-ordered restitution in this case. The Court has reviewed the request and supporting documentation, and, in accordance with 18 U.S.C. § 3663(a)(2), **GRANTS** the request.

Accordingly, it is **ORDERED** that any restitution payments previously directed to William F. Draper shall now be paid to Phyllis J. Draper at 1409 W. Cedar Hills Drive, Dunlap, IL 61525. Any and all future restitution payments shall be paid in accordance with this Order.

ENTER:

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE